IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL FITZGERALD WATSON                                    PETITIONER

v.                              CASE NO. 5:06CV00176 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                            RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Judge Henry L. Jones, Jr.   After careful review of the findings and

recommendations and the timely objections thereto, as well as a de novo review of the

record, the Court concludes that the findings and recommendations should be, and are

hereby, approved and adopted as this Court's findings in all respects in their entirety.

Judgment shall be entered accordingly.

SO ORDERED this 29th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE