IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRELL FITZGERALD WATSON                                           PETITIONER

v.                              CASE NO. 5:06CV00176 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                   RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 29th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE